J. S34034/20

**NON-PRECEDENTIAL DECISION – SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| v. | : | |
| | : | |
| SAMUEL LEE COREY, | : | No. 141 MDA 2020 |
| | : | |
| Appellant | : | |

Appeal from the Judgment of Sentence Entered September 5, 2019,
in the Court of Common Pleas of Bradford County
Criminal Division at No. CP-08-CR-0000387-2019

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| v. | : | |
| | : | |
| SAMUEL LEE COREY, | : | No. 142 MDA 2020 |
| | : | |
| Appellant | : | |

Appeal from the Judgment of Sentence Entered September 5, 2019,
in the Court of Common Pleas of Bradford County
Criminal Division at No. CP-08-CR-0000548-2019

BEFORE:  PANELLA, P.J., BENDER, P.J.E. AND FORD ELLIOTT, P.J.E.

JUDGMENT ORDER BY FORD ELLIOTT, P.J.E.:    **FILED OCTOBER 06, 2020**

Samuel Lee Corey appeals from the September 5, 2019 judgments of sentence entered by the Court of Common Pleas of Bradford County following his conviction of one count each of homicide by vehicle while driving under the influence ("DUI"), DUI: controlled substance – combination of alcohol and

drug (second offense), filed at Docket No. CP-08-CR-0000387-2019 and DUI: controlled substance – impaired ability (third offense), filed at Docket No. CP-08-CR-0000548-2019.[1]  After careful review, we remand with instructions.

Appellant entered a guilty plea to the aforementioned offenses on September 5, 2019.  That same day, the trial court imposed an aggregate sentence of 8 years, 9 months to 25 years' imprisonment.  Appellant filed timely post-sentence motions at both dockets on September 13, 2019, which the trial court denied on December 20, 2019.

Appellant filed timely notices of appeal on January 17, 2020, in compliance with our supreme court's directive in **Commonwealth v. Walker**, 185 A.3d 969 (Pa. 2018), and its progeny.  The trial court ordered appellant to file a concise statement of errors complained of on appeal pursuant to Pa.R.A.P. 1925(b), and appellant timely complied.  On March 4, 2020, the trial court filed statements in lieu of opinions pursuant to Pa.R.A.P. 1925(a) at each docket number.

On May 11, 2020, appellant's counsel, Patrick L. Beirne, Esq., filed with this court an **Anders** brief pursuant to **Anders v. California**, 386 U.S. 738 (1967), and **Commonwealth v. Santiago**, 978 A.2d 349 (Pa. 2009). Contained in the brief filed with this court are the following documents, listed in the order in which they appear in the brief:

---

[1] 75 Pa.C.S.A. §§ 3735(a)(1)(ii), 3802(d)(3), and 3802(d)(2), respectively.

- ***Anders*** brief referencing trial court Docket Nos. CP-08-CR-0000387-2019 and CP-08-CR-0000548-2019.

- Undated letter from counsel to appellant explaining appellant's rights under ***Anders*** in compliance with ***Commonwealth v. Woods***, 939 A.2d 896, 900 (Pa.Super. 2007), citing ***Commonwealth v. Millisock***, 873 A.2d 748, 752 (Pa.Super. 2005). Counsel's letter only references Docket No. CP-08-CR-0000387-2019.

- Certificate of service certifying that counsel served the "foregoing" document on the attorney for the Commonwealth and appellant.

- Petition to withdraw as counsel referencing only Docket No. CP-08-CR-0000387-2019.

- A copy of appellant's concise statement of matters complained of on appeal filed at Docket No. CP-08-CR-0000387-2019.

- A copy of appellant's post-sentence motion for reconsideration of sentence filed at Docket No. CP-08-CR-0000387-2019.

- A copy of appellant's post-sentence motion for reconsideration of sentence filed at Docket No. CP-08-CR-0000548-2019.

- A copy of appellant's concise statement of matters complained of on appeal filed at Docket No. CP-08-CR-0000548-2019.

- A copy of the trial court's statement in lieu of opinion in support of judgment of sentence pursuant to Pa.R.A.P. 1925(a) filed at Docket No. CP-08-CR-0000548-2019.

- A copy of the trial court's statement in lieu of opinion in support of judgment of sentence pursuant to Pa.R.A.P. 1925(a) filed at Docket No. CP-08-CR-0000387-2019.

- Copies of appellant's Pennsylvania Commission on Sentencing Forms filed at both docket numbers.

Separate from the document filed with this court, counsel filed a certificate of service on May 11, 2020, wherein he certified that he served "the attached document(s)" on the Commonwealth's attorney.

Based on our review of the ***Anders*** brief filed with this court, it is unclear whether counsel enclosed copies of the ***Anders*** brief ***and*** accompanying petition to withdraw as counsel with his undated letter to appellant, as required. ***See Woods***, 939 A.2d at 900; ***Millisock***, 873 A.2d at 752. Moreover, counsel appears to have filed a petition to withdraw only at Docket No. CP-08-CR-0000387-2019. Accordingly, we remand this case so that appellant's counsel may either comply with the dictates of ***Anders*** and its progeny and file a petition to withdraw at both docket numbers or, in the alternative, file an advocate's brief on the merits. Counsel shall have 30 days from entry of this judgment order to comply. In the event counsel complies the procedural mandates of ***Anders***, appellant may respond within 45 days of receipt of counsel's ***Anders*** brief and accompanying petition and letter. In the event counsel files an advocate's brief on the merits, the Commonwealth shall have 30 days thereafter to file a response.

Case remanded. Jurisdiction retained.